**Order filed January 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-17-00434-CV
_____

### IN THE INTEREST OF Z.Q.N., A MINOR CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2016-14463**

## O R D E R

The reporter's record filed on January 8, 2018 does not contain all the exhibits admitted at trial. The record is missing the following exhibits:

| | |
|---|---|
| Respondent's Exhibit A | Facebook picture |
| Respondent's Exhibit B | Facebook picture |
| Respondent's Exhibit C | Facebook picture |
| Respondent's Exhibit 2 | Text messages |
| Respondent's Exhibit 3 | Facebook picture |
| Respondent's Exhibit 6 | Facebook picture |

Respondent's Exhibit 9       Facebook picture

Respondent's Exhibit 10       Facebook picture

Respondent's Exhibit 11       Sonogram photo

Respondent's Exhibit 12       Affidavit

Accordingly, we order the court reporter, **Delores Johnson**, to file the above-listed exhibits in a supplemental reporter's record by **February 7, 2019**.

PER CURIAM